Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

February 20, 2023

**BY ECF**

Hon. Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

RE.   *Norman v.142 EDG LLC, et al.*, 22cv9874 (LJL)(JEW)

Dear Judge Liman:

   I represent the Plaintiff and submit this letter motion to request an adjournment of the Initial Conference scheduled for February 23, 2023. This is Plaintiff's first request for an adjournment.

   Defendants have been duly served with the summons and complaint. However, they have not responded. Finally, on February 18, 2023, the attorney for Defendant 142 Edgecombe Associates LLC served this office with a letter, by certified mail, stating that Plaintiff has named the wrong defendant. Consequently, on February 20, 2023, I filed a Stipulation of Dismissal against Defendant 142 Edgecombe Associates LLC, added the correct Defendant, and filed an amended complaint.

   Upon receiving the Clerk of the Court confirmation of the amended complaint, I will serve the correct defendant

   Thank you very much for your consideration and are available to address any questions the court may have.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

---

ORDER: The initial conference scheduled for February 23, 2023 is rescheduled to March 30, 2023 at 11:00am.

Date: 2/22/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge