```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KIMMARIE NORMAN, Individually and on
Behalf of all Others Similarly Situated,

                Plaintiff,

        -v-

142 EDGECOMBE ASSOCIATES LLC and
MANHATTANVILLE COFFEE, LLC,

                Defendants.

-------------------------------------------------------------------X

22-cv-9874 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

        The Court has received the proposed notice of voluntary dismissal as to Defendant 142 Edgecombe Associates LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 15. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant 142 Edgecombe Associates LLC without prejudice and with each party to bear their own costs and fees.

        The Clerk of Court is respectfully directed to terminate Defendant 142 Edgecombe Associates LLC.

        SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                                               LEWIS J. LIMAN
                                                               United States District Judge